UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o DELPHI
CORPORATION

          Plaintiff,

07 Civ. 6434

- against -

M/V LT GREET her engines, boilers, tackle,
furniture, apparel, etc., in rem; ITALIA
MARITTIMA S.P.A., and EVERGREEN LINE,

          Defendant,
------------------------------------------------------------X

FRCP RULE 7.1
**DISCLOSURE STATEMENT**

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o DELPHI CORPORATION, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ. P, Rule 7.1.

ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. DELPHI CORPORATION is a publicly traded company (DPHIQ).

Dated: New York, New York
      July 16, 2007
      115-849

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                              Christopher Schierloh (CS6644)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017

1