9007/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o DELPHI CORPORATION<br>Plaintiff,<br><br>against<br><br>M/V LT GREET her engines, boilers, tackle, furniture, apparel, etc., in rem; ITALIA MARITIMMA S.P.A., and EVERGREEN LINE<br><br>Defendants. | 07 CV 6434<br>ECF<br><br>**ITALIA MARITIMMA S.P.A.**<br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for ITALIA MARITIMMA S.P.A. certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Evergreen Marine Corporation and Eva Airways.

Dated: September 5, 2007
     New York, New York

                            Respectfully submitted,
                            CICHANOWICZ, CALLAN, KEANE,
                            VENGROW & TEXTOR, LLP
                            *Attorneys for Italia Maritimma SPA and*
                            *Evergreen Marine Corporation*

                            By:__S/ Paul M. Keane (PMK-5934)
                                61 Broadway, Suite 3000
                                New York, NY 10006
                                Telephone: (212) 344-7042
                                Telefax: (212) 344-7285