11/14/2007  12:16   2122850251                CASEY BARNET                          PAGE  02/02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INSURANCE COMPANY OF NORTH AMERICA
a/s/o DELPHI CORPORATION,

        Plaintiff,

   - against -

M/V LT GREET her engines, boilers, tackle,
Furniture, apparel, etc., *in rem*; ITALIA
MARITIME and EVERGREEN LINE.

        Defendants.
----------------------------------------------------------X

07 Civ. 6434 (PKL)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within thirty (30) days of entry of this Order in the event the settlement is not consummated.

Dated: New York, New York
       November 14, 2007

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Christopher Schierloh (CS-6644)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR
Attorneys for Defendants

By: _____
Jessica De Vivo (JAD-6588)
90 Park Avenue – 36th Floor
New York, New York 10016
(212) 344-7042

SO ORDERED: 11/15/07

_____
U.S.D.J.